| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Leonard A. Bennett, 21576 <br> Consumer Litigation Associates, PC <br> 763 J. Clyde Morris Blvd., <br> Newport News, VA 23601 <br> TELEPHONE NO.: (757) 930-3660 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| United States District Court, Middle District of North Carolina <br><br> State of NC | |
| PLAINTIFF/PETITIONER: Jamie Cook, on behalf of herself and all others <br> DEFENDANT/RESPONDENT: TRS Recovery Services, Inc. and Telecheck Services | CASE NUMBER: <br> 1:12-cv-00999 |
| PROOF OF SERVICE | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons and Complaint

3. a. Party served: Telecheck Services, Inc.

   b. Person Served: CSC/Prentice Hall, Heather Hughes - Person authorized to accept service of process

4. Address where the party was served: 327 Hillsborough Street
   Raleigh, NC 27603

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 9/10/2012         (2) at *(time):* 10:30 AM

6. Person who served papers

   a. Name:  Pauline Purvis
   b. Address:  One Legal - 194-Marin
                504 Redwood Blvd #223
                Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $ 52.95

8. I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/11/2012     *[signature]*

Pauline Purvis
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

PROOF OF SERVICE                                    OL# 1767069

Case 1:12-cv-00999-UA-LPA   Document 5   Filed 10/25/12   Page 1 of 1