| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Leonard A. Bennett, 21576<br>Consumer Litigation Associates, PC<br>763 J. Clyde Morris Blvd.<br>Newport News, VA 23601<br>TELEPHONE NO.: (757) 930-3660<br>ATTORNEY FOR (Name): Plaintiff | |
| United States District Court, Middle District of North Carolina<br><br>State of NC | |
| PLAINTIFF/PETITIONER: Jamie Cook, on behalf of herself and all others<br>DEFENDANT/RESPONDENT: TRS Recovery Services, Inc. and Telecheck Services | CASE NUMBER:<br>1:12-cv-00999 |
| PROOF OF SERVICE | Ref. No. or File No.<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons and Complaint

3. a. Party served: TRS Recovery Services, Inc.

   b. Person Served: CSC/Prentice Hall, Heather Hughes - Person authorized to accept service of process

4. Address where the party was served: 327 Hillsborough Street
   Raleigh, NC 27603

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 9/10/2012    (2) at (time): 10:30 AM

6. Person who served papers
   a. Name:        Pauline Purvis
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $89.95

8. I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/11/2012        *[signature]*

Pauline Purvis
(NAME OF PERSON WHO SERVED PAPERS)        (SIGNATURE)

PROOF OF SERVICE        OL# 1767068