# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK, <br> *on behalf of herself and all others similarly situated* <br><br>     Plaintiff, <br><br> v. <br><br> TRS RECOVERY SERVICES, INC. <br> and <br> TELECHECK SERVICES, INC., <br><br>     Defendants. | CIVIL ACTION NO. <br><br> 1:12-CV-00999 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Scott Adams of the law firm of Spilman Thomas & Battle, PLLC, 110 Oakwood Drive, Suite 500, Winston-Salem, North Carolina 27103, hereby files this Notice of Appearance as counsel for Defendants TRS Recovery Services, Inc. and Telecheck Services, Inc. in the above-styled civil action.

The undersigned requests service of all pleadings, motions, memoranda, other court filings and correspondence relative to this action.

Dated: October 31, 2012        */s/ R. Scott Adams*
                      R. Scott Adams
                      N.C. State Bar No. 36581
                      Spilman Thomas & Battle, PLLC
                      110 Oakwood Drive, Suite 500
                      Winston-Salem, NC 27103
                      Telephone: (336) 631-1055
                      Facsimile: (336) 725-4476
                      sadams@spilmanlaw.com

1

# CERTIFICATE OF SERVICE

I, R. Scott Adams, hereby certify that on October 31, 2012, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification to all registered users of record, and I certify that I have mailed a copy of same to any non-registered users as follows:

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd.
Suite 1-A
NewPort News, VA 23601
lenbennett@clalegal.com

*Attorney for Plaintiff*

Dated: October 31, 2012

*/s/ R. Scott Adams*
R. Scott Adams
N.C. State Bar No. 36581
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 631-1055
Facsimile: (336) 725-4476
sadams@spilmanlaw.com

*Counsel for Defendant*