# EXHIBIT A

| | |
|---|---|
| **From:** | John Soumilas <JohnSoumilas@consumerlawfirm.com> |
| **Sent:** | Monday, September 17, 2012 11:37 AM |
| **To:** | Cliff Ruprecht; 'Lewis Saul'; 'Hinck Jon'; Jim Francis; 'Kevin Fitzgerald'; David A. Searles; John GMAIL Soumilas; Don Frederico; Kathleen Quimby |
| **Subject:** | RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order |

Cliff:

We agree to both 1 and 2. We'll file the stip. through Jon Hinck's office. Just return the waivers for the other 4 cases when you have a chance.

John Soumilas, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600 (phone)
(215) 940-8000 (fax)
jsoumilas@consumerlawfirm.com
www.creditreportproblems.com
www.consumerlawfirm.com

 Please consider the environment before printing this e-mail.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the authorized employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy the original. Thank you.

---

**From:** Cliff Ruprecht [mailto:cruprecht@PierceAtwood.com]
**Sent:** Monday, September 17, 2012 10:46 AM
**To:** John Soumilas; 'Lewis Saul'; 'Hinck Jon'; Jim Francis; 'Kevin Fitzgerald'; David A. Searles; John GMAIL Soumilas; Don Frederico; Kathleen Quimby
**Subject:** RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order

John,

This makes sense to us. Just a couple of notes:

1.  I see one of the other lawsuits (I believe it is Cook) was served. Per your request, we will be accepting your waiver of service forms as to all the actions. Will you please confirm that no return of service is going to be filed in any of the actions, and that our time to answer in all actions will be 60 days from the waiver of service (which I believe Don is sending out in today's mail)?

2. In the draft stipulation, it states on page 2 that with additional time we may be able to reach agreement, I think it would be better to tell the court we may be able to reach agreement "or narrow further the issues in dispute."

With your confirmation on 1, and the change referenced in 2, we're agreeable to your filing the joint stipulation.

Regards,

Cliff

| **Clifford H. Ruprecht** | |
| --- | --- |
| PIERCE ATWOOD LLP | **PH** 207.791.1186 |

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.

**From:** John Soumilas [mailto:JohnSoumilas@consumerlawfirm.com]
**Sent:** Monday, September 17, 2012 10:27 AM
**To:** Cliff Ruprecht; 'Lewis Saul'; 'Hinck Jon'; Jim Francis; 'Kevin Fitzgerald'; David A. Searles; John GMAIL Soumilas; Don Frederico; Kathleen Quimby
**Subject:** RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order

Counsel:

Due to various family obligations over the weekend, the Jewish holiday today, and the high number of your detailed suggestions, I do not believe that we can reach an agreement today as to the proposed class cert. order and notice. We can submit competing proposals or continue to negotiate later this week. We would prefer the latter. To that end, I prepared a stipulation extending the deadline for these submission a further 7 days. If you agree that we should continue to confer (to at least try to narrow the issues of disagreement), I suggest that we submit the stipulation to the court this morning for approval. Please advise as soon as possible.

John Soumilas, Esquire

Francis & Mailman, P.C.

Land Title Building, 19th Floor

100 South Broad Street

Philadelphia, PA 19110

(215) 735-8600 (phone)

(215) 940-8000 (fax)

jsoumilas@consumerlawfirm.com

www.creditreportproblems.com

www.consumerlawfirm.com


P Please consider the environment before printing this e-mail.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the authorized employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy the original. Thank you.


**From:** Cliff Ruprecht [mailto:cruprecht@PierceAtwood.com]
**Sent:** Sunday, September 16, 2012 3:36 PM
**To:** Cliff Ruprecht; John Soumilas; Jim Francis; 'Lewis Saul'; 'Hinck Jon'; 'Kevin Fitzgerald'; David A. Searles; John GMAIL Soumilas
**Cc:** Don Frederico; Kathleen Quimby
**Subject:** RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order


Counsel,


Subject to the same caveats in the e-mail below, attached please find in redline form Defendants' proposed changes to the proposed order on class certification that John circulated Friday.


We should set a time to talk Monday so that, if we do not have complete agreement, we at least agree on the issues in dispute so that we can be clear with the Court on the issues the parties are asking the Court to decide.


Regards,

Cliff

| **Clifford H. Ruprecht** | |
| --- | --- |
| PIERCE ATWOOD LLP | **PH** 207.791.1186 |

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.

**From:** Cliff Ruprecht
**Sent:** Saturday, September 15, 2012 10:26 AM
**To:** 'John Soumilas'; Jim Francis; Lewis Saul; Hinck Jon; Kevin Fitzgerald; David A. Searles; 'jsoumilas@gmail.com'
**Cc:** Don Frederico; Kathleen Quimby
**Subject:** RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order

Gentlemen,

Attached please find proposed revisions to the Class Notice, shown in redline off the draft John circulated yesterday. In the revised notice, you will see our proposed revisions to the class definitions. We are still working on the revised Class Order, and will turn that to you when we have it ready.

A couple of caveats:

(1) This is still subject to further review by us and by our client, so there could be additional changes, but I don't expect any such changes to be major; I am sending this now so that you can review our current thinking.

(2) Per the Court's Order, the proposal here is without prejudice to our objections to certification of classes in this matter, including our previously filed objections, and our objections to class certification are expressly preserved.

Let us know your thoughts and comments.

4

Regards,

Cliff

| **Clifford H. Ruprecht** | |
|---|---|
| PIERCE ATWOOD LLP | **PH** 207.791.1186 |

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.

**From:** John Soumilas [mailto:JohnSoumilas@consumerlawfirm.com]
**Sent:** Friday, September 14, 2012 9:58 AM
**To:** Cliff Ruprecht; Don Frederico; Nolan L. Reichl
**Cc:** Jim Francis; Lewis Saul; Hinck Jon; Kevin Fitzgerald; David A. Searles
**Subject:** RE: LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order

Per our call, Microsoft Word versions for edit purposes only.

John Soumilas, Esquire

Francis & Mailman, P.C.

Land Title Building, 19th Floor

100 South Broad Street

Philadelphia, PA 19110

(215) 735-8600 (phone)

(215) 940-8000 (fax)

jsoumilas@consumerlawfirm.com

www.creditreportproblems.com

www.consumerlawfirm.com

5

Case 1:12-cv-00999-UA-LPA   Document 10-1   Filed 11/01/12   Page 5 of 7

P Please consider the environment before printing this e-mail.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the authorized employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy the original. Thank you.

**From:** John Soumilas
**Sent:** Tuesday, September 11, 2012 2:11 PM
**To:** Cliff Ruprecht; Don Frederico; nreichl@pierceatwood.com
**Cc:** Jim Francis; Lewis Saul; Hinck Jon; Kevin Fitzgerald; David A. Searles
**Subject:** LaRocque v. TRS Recovery Services -- Proposed Notice to Class and Order


Dear Counsel:


I attach to this e-mail a proposed order certifying three classes in the above matter and a proposed form of notice to the classes.   We believe that our proposed order addresses the issues raised by the District Court in its July 17, 2012 memorandum.   By this upcoming Monday, September 17, 2012,  we intend to submit these documents to the District Court for approval.  We would like to do so with your consent.  Please let us know whether Defendants consent to that attached proposed order and notice, or, if you do not consent, let us know whether you have any suggested changes which would make these documents acceptable to you.  Thank you.


John Soumilas, Esquire

Francis & Mailman, P.C.

Land Title Building, 19th Floor

100 South Broad Street

Philadelphia, PA 19110

(215) 735-8600 (phone)

(215) 940-8000 (fax)

jsoumilas@consumerlawfirm.com

www.creditreportproblems.com

www.consumerlawfirm.com

P Please consider the environment before printing this e-mail.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the authorized employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and destroy the original. Thank you.