# EXHIBIT C

**From:** Don Frederico
**Sent:** Monday, September 17, 2012 1:56 PM
**To:** 'lenbennett@clalegal.com'; 'John Soumilas'; Lewis Saul
**Cc:** Cliff Ruprecht
**Subject:** Cook v. TRS Recovery Services, Inc.
**Attachments:** Waiver of Service-Cook-TRS Recovery (executed) (W3322619).PDF; Waiver of Service-Cook-Telecheck (executed) (W3322614).PDF

Counsel,

Attached are executed waiver of service forms for the defendants in this matter.

Don Frederico

**Donald R. Frederico**
PIERCE ATWOOD LLP      PH 617.488.8141

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.

**From:** Lori Durrane Hawe
**Sent:** Monday, September 17, 2012 12:09 PM
**To:** Don Frederico
**Subject:** First Data

| | | |
|---|---|---|
| **Lori Durrane Hawe**<br>Legal Administrative Assistant<br>PIERCE ATWOOD LLP | 100 Summer Street<br>Suite 2250<br>Boston, MA 02110 | PH 617.488.8144<br>FAX 617.824.2020 |

lhawe@pierceatwood.com

This e-mail was sent from Pierce Atwood. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it please delete it and notify us as soon as possible.

In accordance with I.R.S. Circular 230 we advise you that any tax advice in this email is not intended or written to be used, and cannot be used, by any recipient for the avoidance of penalties under federal tax laws.

1