UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO. 1:12-CV-00999

JAMIE COOK,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES, INC.,

    Defendants.

CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TELECHECK SERVICES, INC.

Pursuant to Fed. R. Civ. P. 7.1, defendant Telecheck Services, Inc. discloses as follows:

1. Is party a publicly held corporation or other publicly held entity?

    ____ YES      _X_ NO

2. Does party have any parent corporations?

    _X_ YES      ____ NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Defendant Telecheck Services, Inc. is a wholly-owned subsidiary of TeleCheck International, Inc., which is wholly-owned by First Data Commercial Services Holdings, Inc., which is wholly-owned by First Data Holdings, Inc., which is the parent company to First Data Corporation and

wholly-owned by New Omaha Holdings, L.P. KKR & Co., L.P., a publicly-traded partnership, indirectly owns more than 10% of First Data Holdings, Inc.'s stock.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ___ YES    _X_ NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ___ YES    _X_ NO

This the 13th day of November, 2012

**TELECHECK SERVICES, INC.**

**By Spilman Thomas & Battle, PLLC**

*/s/ R. Scott Adams*
Jeffrey D. Patton (NC State Bar No. 21246)
R. Scott Adams (NC State Bar No. 36581)
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
jpatton@spilmanlaw.com
sadams@spilmanlaw.com
Telephone: (336) 725-4710
Facsimile: (336) 725-4476

2

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION
# CIVIL ACTION NO. 1:12-CV-00999

| | |
|---|---|
| JAMIE COOK,<br><br>    Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

    I hereby certify that I have this 13th day of November 2012 electronically filed the foregoing ***CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TELECHECK SERVICES, INC.*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 Clyde Morris Blvd., Suite 1-A
Newport News, Va. 23601
lenbennett@clalegal.com

                                  */s/ R. Scott Adams*
                                  R. Scott Adams (N.C. State Bar No. 36581)