**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO. 1:12-CV-00999**

| | |
|---|---|
| **JAMIE COOK,** | |
| **Plaintiff,** | |
| v. | **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TRS RECOVERY SERVICES, INC.** |
| **TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES, INC.,** | |
| **Defendants.** | |

Pursuant to Fed. R. Civ. P. 7.1, defendant TRS Recovery Services, Inc. discloses as follows:

1. Is party a publicly held corporation or other publicly held entity?

    \_\_\_ YES      _X_ NO

2. Does party have any parent corporations?

    _X_ YES      \_\_\_ NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Defendant TRS Recovery Services, Inc. is a wholly-owned subsidiary of TeleCheck International, Inc., which is wholly-owned by First Data Commercial Services Holdings, Inc., which is wholly-owned by First Data Holdings, Inc., which is the parent company to First Data Corporation

and wholly-owned by New Omaha Holdings, L.P. KKR & Co., L.P., a publicly-traded partnership, indirectly owns more than 10% of First Data Holdings, Inc.'s stock.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ____ YES       _X_ NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ____ YES       _X_ NO

This the 13th day of November, 2012

**TRS RECOVERY SERVICES, INC.**

**By Spilman Thomas & Battle, PLLC**

*/s/ R. Scott Adams*
Jeffrey D. Patton (NC State Bar No. 21246)
R. Scott Adams (NC State Bar No. 36581)
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
jpatton@spilmanlaw.com
sadams@spilmanlaw.com
Telephone: (336) 725-4710
Facsimile: (336) 725-4476

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION
# CIVIL ACTION NO. 1:12-CV-00999

| | |
|---|---|
| JAMIE COOK,<br><br>    Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES, INC.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I have this 13th day of November 2012 electronically filed the foregoing ***CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TRS RECOVERY SERVICES, INC.*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 Clyde Morris Blvd., Suite 1-A
Newport News, Va. 23601
lenbennett@clalegal.com

*/s/ R. Scott Adams*
R. Scott Adams (N.C. State Bar No. 36581)

3