IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK,<br>on behalf of herself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC.<br>and<br>TELECHECK SERVICES INC.,<br><br>Defendants. | Civil Action No. 12-00999<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of James A. Francis on behalf of Plaintiff in the above-captioned matter.

          **Respectfully submitted,**

          **FRANCIS & MAILMAN, P.C.**

BY:   _/s/ James A. Francis_____
       JAMES A. FRANCIS
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA 19110
       (215) 735-8600

       _/s/ Leonard A. Bennett_____
       Leonard A. Bennett
       VSB #37523
       Attorney for Plaintiff
       Consumer Litigation Associates, P.C.
       763 J. Clyde Morris Blvd., Suite 1-A
       Newport News, VA 23601
       (757) 930-3660

Date: November 29, 2012