IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK, on behalf of herself and all others similarly situated, | ) ) ) Civil Action No. 12-00999 |
| Plaintiff, | ) ) ) |
| v. | ) ) CLASS ACTION |
| TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES INC., | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of John Soumilas on behalf of Plaintiff in the above-captioned matter.

                      **Respectfully submitted,**

                        **FRANCIS & MAILMAN, P.C.**

BY:    */s/ John Soumilas*_____
           JOHN SOUMILAS
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600

           */s/ Leonard A. Bennett*_____
           Leonard A. Bennett
           VSB #37523
           Attorney for Plaintiff
           Consumer Litigation Associates, P.C.
           763 J. Clyde Morris Blvd., Suite 1-A
           Newport News, VA 23601
           (757) 930-3660

Date: November 29, 2012