IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES INC., <br><br> Defendants. | Civil Action No. 12-00999 <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, **JAMES A. FRANCIS**, do hereby certify that on this 30th day of November, 2012, I caused a true and correct copy of Plaintiff's Notice of Appearance to be served by ECF notification upon the following:

Jeffrey Dean Patton, Esquire
Richard Scott Adams, Esquire
Spilman Thomas & Battle PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103

*Attorneys for Defendants*

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:    _/s/ James A. Francis_____
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street

          Philadelphia, PA 19110
          (215) 735-8600

          */s/ Leonard A. Bennett*
          Leonard A. Bennett
          VSB #37523
          Attorney for Plaintiff
          Consumer Litigation Associates, P.C.
          763 J. Clyde Morris Blvd., Suite 1-A
          Newport News, VA 23601
Date: November 30, 2012     (757) 930-3660