IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| JAMIE COOK, on behalf of herself and all others similarly situated, | ) ) ) ) | Civil Action No. 12-00999 |
| Plaintiff, | ) ) | |
| v. | ) ) | CLASS ACTION |
| TRS RECOVERY SERVICES, INC. and TELECHECK SERVICES INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, **JOHN SOUMILAS**, do hereby certify that on this 30th day of November, 2012, I caused a true and correct copy of Plaintiff's Notice of Appearance to be served by ECF notification upon the following:

Jeffrey Dean Patton, Esquire
Richard Scott Adams, Esquire
Spilman Thomas & Battle PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103

*Attorneys for Defendants*

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:    _/s/ John Soumilas_____
JOHN SOUMILAS
Land Title Building, 19th Floor
100 South Broad Street

Philadelphia, PA 19110
(215) 735-8600

*/s/ Leonard A. Bennett*
Leonard A. Bennett
VSB #37523
Attorney for Plaintiff
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660

Date: November 30, 2012