IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK,<br>on behalf of herself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC.<br>and<br>TELECHECK SERVICES INC.,<br><br>Defendants. | Case No. 1:12CV999<br><br>CLASS ACTION |

## ORDER

AND NOW, this _____ day of December, 2012, upon consideration of the Plaintiff's Motion to Postpone Initial Pretrial Conference and Rule 26(f) Report, and good cause appearing, it is hereby ORDERED that the Motion is GRANTED. The Initial Pretrial Conference scheduled for December 17, 2012 and the requirement for the submission of a Rule 26(f) Report are postponed until further Order of the Court. Plaintiff is ORDERED to inform the Court upon a ruling by the Judicial Panel on Multidistrict Litigation on the Motion to Transfer in MDL Case No. 2426.

_____
, U.S.D.J.