UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JAMIE COOK,<br>*on behalf of herself and all others similarly situated*<br><br>                    Plaintiff,<br><br>v.<br><br>TRS RECOVERY SERVICES, INC.<br>and<br>TELECHECK SERVICES, INC.,<br><br>                    Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-00999 |

## NOTICE OF SPECIAL APPEARANCE OF DONALD R. FREDERICO

Pursuant to Local Rule 83.1(d), I, Donald R. Frederico of Pierce Atwood LLP, hereby give notice that I will appear in this matter as counsel for the defendants, TRS Recovery Services, Inc. and Telecheck Services, Inc., in association with the undersigned member of the bar of this Court.

I am a member in good standing of the bars of the highest court of Massachusetts, the United States District Court for the Districts of Massachusetts and the Northern District of California, the United States Courts of Appeals for the First, Ninth, District of Columbia, and Federal Circuits, and the Supreme Court of the United States.

I request service of all pleadings, notices, and calendars affecting this action.

This the 20th day of December, 2012.

/s/ Donald R. Frederico
Donald R. Frederico
Mass. Bar No. 178220
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
Telephone: (617) 488-8100
dfrederico@pierceatwood.com

/s/ R. Scott Adams
R. Scott Adams
N.C. State Bar No. 36581
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 631-1055
Facsimile: (336) 725-4476
sadams@spilmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification to all registered users of record.

/s/ Donald R. Frederico
Donald R. Frederico
Mass. Bar No. 178220
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
Telephone: (617) 488-8100
dfrederico@pierceatwood.com

*Counsel for Defendants*