IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAMIE COOK,                      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )        1:12CV999
                                 )
TRS RECOVERY SERVICES, INC.,     )
and TELECHECK SERVICES, INC.,    )
                                 )
          Defendant.             )
```

## ORDER

On November 1, 2012, Defendants TRS Recovery Services, Inc., and Telecheck Services, Inc. ("Defendants") filed a Motion to Strike Plaintiff's Declarations of Proof of Service. (See Doc. 9.) Defendants further requested that they be allowed through November 9, 2012, to plead responsively to the Complaint. (See id.) Plaintiff has not responded to the motion and, on November 13, 2012, Defendants filed an Answer. (Doc. 13.) No objection has been filed to the Answer. This court will therefore find Defendants' Answer (Doc. 13) is timely filed.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Strike (Doc. 9) is **DENIED AS MOOT.**

This the 6th day of February, 2013.

                                       /s/ William L. Osteen, Jr.
United States District Judge