# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk           February 7, 2013           TELEPHONE:
                                                                                                 CIVIL (336) 332-6030
                                                                                                CRIM. (336) 332-6020
                                                                                               ADMIN. (336) 332-6000

Clerk of Court
United States District Court of Maine
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101-4152

Dear Clerk of Court:

    RE: MDL Docket No. 2426; In Re TRS Recovery Services, Inc. and Telecheck Services, Inc.,
           Fair Debt Collection Practices Act (FDCPA) Litigation

           NCM 1:12CV999 - Jamie Cook v. TRS Recovery Services, Inc., et al.

     Pursuant to a certified copy of Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation filed in this office on February 7, 2013, we are transferring the above-entitled action to your court.

     By copies of this letter to counsel, we are notifying them of the transfer and the requirement that all future pleadings are to be filed with the United States District Court for Maine.

                                                                 Sincerely,

                                                                JOHN S. BRUBAKER, CLERK

                                                                By: /s/ Trina Law
                                                                         Deputy Clerk

JSB/tl

cc:     All Counsel of Record